Harold WHITAKER et al.

v.

Lettie E. GRISWOLD.

No. 7360.

United States Court of Appeals
Tenth Circuit.

June 24, 1963.

Scovel & Scovel, Independence, Kan., for appellants.

Abernathy & Baker, Shawnee, Okl., and Hudson & Hudson, Fort Scott, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed June 24, 1963, pursuant to stipulation of the parties.

Donald Jerrett WILSON

v.

UNITED STATES of America.

No. 7389.

United States Court of Appeals
Tenth Circuit.

July 31, 1963.

No one for appellant.

Newell A. George, U. S. Atty., Kansas City, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed July 31, 1963, for the reason that the appeal was not timely filed and the court therefore lacks jurisdiction to consider the appeal.